IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT                                                                            PLAINTIFF
ADC #128147

v.                          Case No. 5:18-cv-00243-KGB

RICHARD L. PROCTOR                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Abraham Grant's complaint is dismissed without prejudice.

It is so adjudged this 2nd day of April, 2019.

_____
Kristine G. Baker
United States District Judge